UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Minutes of Setting          Date: February 2, 2001



RAMON ADORNO-CABRERA,
et al.

       Plaintiff           98-1066(SEC)

-v-

UNITED STATES OF AMERICA
       Defendants

By Order of the Court, a Settlement Conference is hereby set for February 7, 2001 at 3:00P.M.

This proceeding will be held before Hon. Robert J. Ward.

                                                          COURTROOM DEPUTY CLERK

