IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILLIAM OTERO RODRIGUEZ

Plaintiff

v.

ESTADO LIBRE ASOCIADO
DE PUERTO RICO, et al.

Defendants

Civil No. 98-1666(SEC)

Civil Rights

**JUDGMENT**

Pursuant to the order of even date, the above-captioned action is hereby **DISMISSED**.

Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev 8/82)